Exhibit 9

**Williams Industrial Service, Inc.**
2120 Wood-Bridge Blvd.
Bowling Green, OH 43402
Phone (419) 353-2120
Fax (419) 353-7712
www.williams-industrial.com

Williams Ind'l Service, Inc.
2120 Wood-Bridge Blvd.
Bowling Green, OH 43402
United States of America

Ph: (419) 353-2120  Fax: (419) 353-7712

## Credit Memo

Number: 9222-1CM  Date: 03-Aug-20

**To**
FPM-CHERRY VALLEY
648 US RTE #20.
CHERRY VALLEY, IL 61016
United States of America

**Ship To**
FPM-CHERRY VALLEY
648 US RTE #20.
CHERRY VALLEY, IL 61016
United States of America

| Terms | Due Date | Ship Via | | Salesperson |
|---|---|---|---|---|
| | 03-Aug-20 | | | DUF001 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 ea | Repair of Asset #300<br><br>Add On: Update Endoinjector System. $18,748.00<br>Job: 9222<br>PO: 89440<br>Facility to furnace line components including wire from main buss to cabinet, piping header to unit for natural and endothermic. Williams Completed re-assembly of Generator onsite which is also part of the original price. Williams is issuing a final adjustment price of $3,756.52 from the original line item price of $15,895.00.<br><br>ISO 9001:2000 Registered<br><br>CAUTION - SALES TAX LIABILITY<br><br>We are not registered to collect sales tax in your state. It is your responsibility to:<br>1. Determine if this purchase is taxable; and<br>2. Remit any tax to your state's taxing authority.<br><br>It is a condition of this sale that the buyer will pay any unpaid sales tax and penalty assessed for such.<br><br>A SERVICE CHARGE OF 1.5% PER MONTH (18% ANNUAL RATE) WILL BE ASSESSED AFTER 30 DAYS FROM THE DATE OF INVOICE | -$12,138.48 | ($12,138.48) |
| | Invoice Total | | ($12,138.48) |
| | Amount Paid: | | $0.00 |
| | Amount Due: | | ($12,138.48) |

**Williams Industrial Service, Inc.**
2120 Wood-Bridge Blvd.
Bowling Green, OH 43402
Phone (419) 353-2120
Fax (419) 353-7712
www.williams-industrial.com

Williams Ind'l Service, Inc.
2120 Wood-Bridge Blvd.
Bowling Green, OH 43402
United States of America

Ph: (419) 353-2120   Fax: (419) 353-7712

## Credit Memo

Number: 9222-2CM    Date: 03-Aug-20

**To**
FPM-CHERRY VALLEY
648 US RTE #20.
CHERRY VALLEY, IL 61016
United States of America

**Ship To**
FPM-CHERRY VALLEY
648 US RTE #20.
CHERRY VALLEY, IL 61016
United States of America

| Terms | Due Date | Ship Via | Salesperson |
|---|---|---|---|
|  | 03-Aug-20 |  | DUF001 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 ea | Repair of Asset #300<br><br>Add On: Update Endoinjector System. $18,748.00<br>Job: 9222<br><br>PO: 89440<br><br>High Temp ductwork system with exhauster. Williams had incurred costs for the design of the ductwork prior to being notified it will no longer be required. Williams is issuing a final audit adjustment price of $4,500.00 from the original line item price of $34,721.00.<br><br>ISO 9001:2000 Registered<br><br>CAUTION - SALES TAX LIABILITY<br><br>We are not registered to collect sales tax in your state. It is your responsibility to:<br><br>1. Determine if this purchase is taxable; and<br>2. Remit any tax to your state's taxing authority.<br><br>It is a condition of this sale that the buyer will pay any unpaid sales tax and penalty assessed for such.<br><br>A SERVICE CHARGE OF 1.5% PER MONTH (18% ANNUAL RATE) WILL BE ASSESSED AFTER 30 DAYS FROM THE DATE OF INVOICE | -$30,221.00 | ($30,221.00) |

Invoice Total: ($30,221.00)
Amount Paid: $0.00
Amount Due: ($30,221.00)