Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Williams Industrial Service, Inc. ) | Case No. 3:20-cv-01869-JRK |
| Plaintiff, ) | Judge James R. Knepp II |
| v. ) | |
| FPM, LLC ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff, Williams Industrial Service, Inc., and Defendant, FPM, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted,

| | |
|---|---|
| */s/ John A. Borell, Jr.* | */s/ Peter R. Silverman* |
| John A. Borell, Jr. (0068716) | Peter R. Silverman (0001579) |
| Marshall & Melhorn, LLC | Nicholas A. Huckaby (0097182) |
| 4 SeaGate, Floor 8 | Shumaker, Loop & Kendrick, LLP |
| Toledo, Ohio 43604 | North Courthouse Square |
| Phone: (419) 249-7100 | 1000 Jackson Street |
| Fax: (419) 249-7151 | Toledo, Ohio 43604 |
| borell@marshall-melhorn.com | Phone: (419) 241-9000 |
| Counsel for Plaintiff | Fax: (419) 241-6894 |
| | psilverman@shumaker.com |
| | nhuckaby@shumaker.com |
| | Counsel for Defendant |